# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and Oh

NEW JERSEY OFFICE
Casey & Barnett, LLP
154 South Livingston Ave, Ste 106
Livingston, New Jersey 07039

mfc@caseybarnett.com
Direct: 646-362-8919

October 31, 2019

*Via ECF*

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Unicomer Courts Dominica Ltd v Tropical Shipping USA LLC*
     19cv8537 (PKC)
     Our File: 424-82

Dear Honorable Judge:

We represent the plaintiff in the referenced matter.

The bill of lading issued by defendant Tropical Shipping USA LLC contains a mandatory forum selection clause requiring that all actions arising under said bill of lading are subject to the jurisdiction of the United States District Court for the Southern District of Florida.

Defense counsel have advised that they insist that we honor that clause.

Accordingly we respectfully request that Your Honor request that the Clerk of the Court transfer this case to the USDC SDFla.

Respectfully submitted,
CASEY & BARNETT, LLC

*Martin F. Casey*

Martin F. Casey

---

[Handwritten order:]

On plaintiff's motion and without opposition, the action is transferred, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Southern District of Florida. The Clerk shall transfer the action and close the case in this district.

SO ORDERED
/s/ USDJ
11.13.19